IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:04CR249 |
| | ) | |
| ROBERT J. COLLINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the request of the defendant,

**IT IS ORDERED** that the initial appearance is continued to **September 6, 2006, at 11:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Since this is a criminal case, the defendant must be present unless excused by the Court.

The clerk's office is directed to send a copy of this order to the defendant at his home address at 12001 N. Martin Luther King Road Apt. #3303, St. Petersburg, Florida 33716.

Dated this 10th day of August, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge