IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:04CR249 |
| v. | ) | |
| ROBERT J. COLLINS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that, after considering the matter, the defendant's Motion to Extend Self-Surrender and for Release Pending Appeal (Filing No. 56) is denied.

DATED this 27th day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge